UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLUJIMI BRINSON and
DARIUS REED,

     Plaintiffs,

v.                                   CASE NO: 8:04-cv-1754-T-23TBM

ROOMS TO GO, INC.,

     Defendant.

_____/

## **ORDER**

The Court is advised (Doc. 28) that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on June 17, 2005.

_____
**STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE**

cc:   US Magistrate Judge
        Courtroom Deputy