UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLUJIMI BRINSON and
DARIUS REED,

    Plaintiffs,

v.                                      CASE NO: 8:04-cv-1754-T-23TBM

ROOMS TO GO, INC.,

    Defendant.
_____/

## **ORDER**

The parties' stipulation for dismissal of the action with prejudice (Doc. 30) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs.

ORDERED in Tampa, Florida, on July 13, 2005.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy